UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUSTINE FERREIRA, as Parent and Natural Guardian
Of N.R., and JUSTINE FERREIRA, Individually,

                        Plaintiff,

      -against-

                                                                                      20 Civ. 9849

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.
-------------------------------------------------------------------X

      **IT IS HEREBY ORDERED** that within two (2) business days of the receipt of this Order, the New York State Education Department's Office of State Review shall provide, by Overnight Certified Mail, a Certified Copy of the Administrative Record relative to SRO Decision No. 20-178, in Appeal No. 20-178 – in both hard copy and electronic form – to Plaintiff's counsel in the above-captioned matter: Brain Injury Rights Group, Ltd., 300 East 95th Street, New York, NY 10128, ATTN: Rory J. Bellantoni; and

      **IT IS FURTHER ORDERED** that upon receipt of the Certified Copy of the Administrative Record from the Office of State Review, Plaintiff's counsel shall provide a copy of the Certified Record to Defendant's counsel and shall file a copy of the Certified record with the Court *via* ECF, under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

SO ORDERED.

Dated: February 11, 2021
       New York, New York

                                                            ANALISA TORRES
                                                  United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021