UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTINE FERREIRA, as Parent and Natural Guardian of N.R., and JUSTINE FERREIRA, Individually,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2021_

20 Civ. 9849 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By Plaintiffs' letter dated October 12, 2021, the Court learned that N.R. has died. ECF No. 52. Judge Torres offers her condolences to Justine Ferreira and the entirety of N.R.'s family.

    In light of N.R.'s death and the conclusion of the 2020-2021 school year, the Court asks that the parties submit letters addressing whether Plaintiffs' claims are now moot and whether the Court has jurisdiction to issue any of the relief Plaintiffs seek in their amended complaint, ECF No. 20, and renewed motion for a preliminary injunction, ECF No. 45. By **January 7, 2022**, Plaintiffs shall file their letter. By **January 14, 2022**, Defendant shall file its response. The letters shall not exceed 15 pages.

    SO ORDERED.

Dated: December 16, 2021
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge