**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JUSTINE FERREIRA and NICHOLAS ROJAS,
SR., as Parents and Natural Guardians of N.R.,
and JUSTINE FERREIRA and NICHOLAS
ROJAS, SR., Individually,                                                22 **CIVIL** 4993 (AT)

                        Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                       Defendant.
-------------------------------------------------------------X
JUSTINE FERREIRA and NICHOLAS ROJAS,
SR., as Parents and Natural Guardians of N.R.,
and JUSTINE FERREIRA and NICHOLAS
ROJAS, SR., Individually,

                        Plaintiffs,                                                21 **CIVIL** 11087 (AT)

        -against-


MEISHA PORTER, in her Official Capacity
as the Chancellor of the New York City
Department of Education, and the NEW YORK
CITY DEPARTMENT OF EDUCATION,

                        Defendants.
-------------------------------------------------------------X
JUSTINE FERREIRA, as Parent and Natural
Guardian of N.R. and individually,
                        Plaintiff,

        -against-                                                                                   21 **CIVIL** 6012 (AT)
                                                                   **JUDGMENT**

MEISHA PORTER, in her official capacity as
the Chancellor of the New York City Department
of Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,
                        Defendants,
-------------------------------------------------------------X

```
-----------------------------------------------------------X
JUSTINE FERREIRA, as Parent and Natural
Guardian of N.R. and JUSTINE FERREIRA,
Individually,
                    Plaintiff,

        -against-                                          20 CIVIL 9849

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-----------------------------------------------------------X
```

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2023, Plaintiffs' motion for preliminary relief in Ferreira I is DENIED. The DOE's motion to dismiss Ferreira I is GRANTED. Plaintiffs' motion for summary judgment in Ferreira II, 21 Civ. 6012, is DENIED. The DOE's motion for summary judgment in Ferreira II is GRANTED; accordingly, the cases 20cv9849 and 21cv6012 are closed.

**Dated:** New York, New York
March 15, 2023

**RUBY J. KRAJICK**
**Clerk of Court**
BY: *K. Mango*
**Deputy Clerk**